No. ———. IN RE BURGESS. Motion for reconsideration of denial of admission to the Bar of this Court denied.

No. ———. IN RE BREWSTER. Motion for further consideration of application for admission to the Bar of this Court denied.

No. ———. TROYER ET AL. *v.* UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–909. LEWIS *v.* UNITED STATES. C. A. 1st Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–927 (92–1971). MOORE ET AL. *v.* ESPY, SECRETARY OF AGRICULTURE, ET AL. C. A. 8th Cir. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–1236. IN RE DISBARMENT OF PROTOKOWICZ. Disbarment entered. [For earlier order herein, see 507 U. S. 903.]

No. D–1248. IN RE DISBARMENT OF HAYES. Disbarment entered. [For earlier order herein, see 507 U. S. 982.]

No. 109, Orig. OKLAHOMA ET AL. *v.* NEW MEXICO. The Solicitor General is invited to file a brief in this case expressing the views of the United States on the Joint Motion for Entry of Stipulated Judgment and Decree. [For earlier order herein, see, *e. g.,* 506 U. S. 996.]

No. 91–1950. AMERICAN DREDGING CO. *v.* MILLER. Sup. Ct. La. [Certiorari granted, 507 U. S. 1028.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–519. JOHNSON, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL. *v.* DE GRANDY ET AL. D. C. N. D. Fla. [Probable jurisdiction noted *sub nom. Wetherell* v. *De Grandy,* 507 U. S. 907.] Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted.